# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| BRUCE SMITH, JOANNE SMITH, WALTER WUNDERLICH, and VICTORIA WUNDERLICH, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 4:11-CV-2040-JAR |
| v. | ) ) | |
| CONOCOPHILLIPS PIPE LINE CO., | ) ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Following a telephone conference with the parties on August 14, 2013,

**IT IS HEREBY ORDERED** that the November 4, 2013 trial date is **VACATED**.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Extension of Time to Respond to Defendant's Motion to Exclude Opinions of Dr. Agostino, up to and including September 16, 2013 [60], is **GRANTED**. Defendant shall file any reply no later than **Monday, September 23, 2013**.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion to Present Motion for Class Certification by Oral Argument [49] is **GRANTED**. This matter is set for hearing on Plaintiffs' Motion for Class Certification and Defendant's Motions to Exclude Opinions of Dr. Richard Parent [ECF No. 35] and Dr. Agostino [ECF No. 58] on **Thursday, October 3, 2013 at 1:30 p.m**. in Courtroom 12N. Each side will have one hour for argument.

_____
**JOHN A. ROSS
UNITED STATES DISTRICT JUDGE**

Dated this 14th day of August, 2013.