**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| BRUCE SMITH, JOANNE SMITH, WALTER WUNDERLICH, and VICTORIA WUNDERLICH, ) ) ) ) ) | |
| Plaintiffs, ) | No. 4:11-CV-2040-JAR |
| v. ) | |
| CONOCOPHILLIPS PIPE LINE CO., ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

Following a telephone conference with the parties on August 14, 2013,

**IT IS HEREBY ORDERED** that the November 4, 2013 trial date is **VACATED**.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Extension of Time to Respond to Defendant's Motion to Exclude Opinions of Dr. Agostino, up to and including September 16, 2013 [60], is **GRANTED**. Defendant shall file any reply no later than **Monday, September 23, 2013**.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion to Present Motion for Class Certification by Oral Argument [49] is **GRANTED**. This matter is set for hearing on Plaintiffs' Motion for Class Certification and Defendant's Motions to Exclude Opinions of Dr. Richard Parent [ECF No. 35] and Dr. Agostino [ECF No. 58] on **Thursday, October 3, 2013 at 1:30 p.m**. in Courtroom 12N. Each side will have one hour for argument.

_____

**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**

Dated this 14th day of August, 2013.